# United States District Court

_____ MIDDLE _____ DISTRICT OF _____ ALABAMA _____

| | |
|---|---|
| **In the matter of the Search of** (Name, address or brief description of person, property or premises to be searched) | APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT<br><br>CASE NUMBER: 2:06mj 61-VPM |

**Safety Deposit Boxes # 1252 and 1253 located at People's Bank & Trust Company, 15 Kowaliga Road, Eclectic, Alabama**

I _____ Kimberly M. Yen _____ being duly sworn depose and say:

I am a(n) __Special Agent, U.S. Immigration and Customs Enforcement__ and have reason to believe

that ☐ on the person of or ☒ on the property or premises known as (name, description and/or location)

**Safety Deposit Boxes # 1252 and 1253 located at People's Bank & Trust Company, 15 Kowaliga Road, Eclectic, Alabama**

in the _____ Middle _____ District of _____ Alabama _____

there is now concealed a certain person or property, namely (describe the person or property to be seized)
**See Paragraph 10 of Affidavit**
which is (state one or more bases for search set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

**contraband or property that constitutes evidence of the commission of a criminal offense,**

concerning a violation of Title 18, United States Code, Section 2423(b).

The facts to support the issuance of a Search Warrant are as follows:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_____
Signature of Affiant

Sworn to before me and subscribed in my presence,

21st June 2006 _____ at
Date

Montgomery, Alabama
City and State

VANZETTA PENN MCPHERSON, U.S. Magistrate Judge     _____
Name & Title of Judicial Officer                                                    Signature of Judicial Officer

## AFFIDAVIT OF KIMBERLY M. YEN

I, Kimberly M. Yen, being duly sworn, do hereby depose and state:

1. That I am a Special Agent of the U.S. Bureau of Immigration and Customs Enforcement (BICE), a bureau of the U.S. Department of Homeland Security and my current duty station is Ho Chi Minh City, Vietnam. I have been employed by the BICE since March 01, 2003. Prior to being employed by BICE, I was employed for approximately (10) years as an Immigration/Deportation officer by the U.S. Immigration and Naturalization Service (INS).

2. I have probable cause to believe that evidence of a violation of Title 18, United States Code, Section 2423(b), involving a United States citizen who travels in foreign commerce, for the purpose of engaging in any illicit sexual conduct with another person, is located in a residence and 2 safety deposit boxes held by George Hoey Morris.

3. That the information contained in this affidavit is based upon my personal observations and/or training and also upon information provided to me by other federal, state and local investigators.

4. That this affidavit is being made in support of an application for a warrant to search a residence occupied by Johnny Ray Fortune (Fortune) under the name of George Hoey Morris (Morris) at 101 Claud Road, Eclectic, Alabama and two (2) safety deposit boxes located in the People's Bank & Trust Company, Eclectic, Alabama, that are controlled by Johnny Ray Fortune under the name George Hoey Morris to recover the items described and set out in paragraph 10 of this affidavit. The subject premise and boxes are more particularly described as follows:

    a. The Residence at 101 Claud Road, Eclectic, Alabama, is a white one-story frame single-family residence located directly across Alabama Highway 63 (also known as Claud Road) from the Bowles Brothers Shopping Center in Eclectic, Alabama. The address "101 Claud Road" is posted on the front of the residence immediately to the right of the front door of the residence.

    b. The People's Bank & Trust Company located at 15 Kowaliga Road, Eclectic, Alabama. Morris is a customer of this bank and has leased two (2) safety deposit boxes that have been identified as being numbered 1252 and 1253, respectively.

5. That I have reviewed recordings of monitored telephone calls made by Morris from the Montgomery County Jail to a person identified as his daughter-in-law, Heather Morris, at telephone number (334) 541-2066, at the Claud Road residence and, in particular, a conversation held on July 11, 2005 at approximately 16:58 hours or 4:58 p.m., in which Morris, speaking about a

manuscript he is completing, states, "... people write books everyday about things that they do that were illegal." Morris indicates, and Heather Morris confirms, her possession of the manuscript and then Morris instructs Heather, "... to put tape on it, close it up and then find some place in my closet... safe and secure." Morris further instructs Heather to find, "...the place in the floor of my closet..." to secure the manuscript.

6. That on or about June 2004, a BICE Foreign Service National Investigator (FSNI) and I assisted the BICE Office of the Assistant Special Agent in Charge, Alabama, in conducting an investigation of the alleged involvement of Johnny Ray Fortune (AKA George Hoey Morris) in engaging in illicit sexual conduct with minors in Vietnam. Subsequent to the initiation of the investigation in Vietnam, I located and interviewed victims of FORTUNE/MORRIS. On June 08, 2006, a Vietnamese FSNI and I escorted one of the victims/witnesses from Ho Chi Minh City, Vietnam to Montgomery, Alabama, to provide testimony before a federal Grand Jury and to be deposed. The victim, "T. P.", stated that in April of 1999, at the age of 15, she was married to Johnny Fortune in Vietnam. The victim stated that Fortune took her to Thailand and had sexual intercourse with her on numerous occasions. The victim also stated that Fortune returned her to Vietnam and again had sexual relations with her while in Vietnam. The facts stated by the victim are parroted in a book authored by Morris, copyrighted in 2001, entitled "Virgin Bride.Net". Morris writes that in January of 1999 he went to Vietnam with the express purpose of finding, "... another virgin wife and companion.", and that in April of 1999 he married T. P., took her to Thailand and had sexual relations with her. Morris further writes that he returned with T. P. to Vietnam, where he again engaged in sexual intercourse with her on numerous occasions before abandoning her to return to the United States. Finally, Morris states that he has married numerous times in Vietnam, though none of his "brides" has ever returned with him to the United States. "Virgin Brides.Net" contains pictures of T. P. and other minor females Morris identifies as his "brides". Morris also states that all of the photography in the book is done by him and are, "...published as visual documentation of the research", done for the book.

7. On or about June 10, 2006, Morris' foreign victim, T. P., who he sexually molested when she was fifteen years of age, stated that after returning from Thailand with Morris, he, as he had during the course of the abusive relationship, maintained her identification documents.

8. That in a previously executed search warrant, the passport of T. P., along with photographs of her and a videotape of her, was located in the possession of Morris, however T. P. 'S other identification documents were not located during the search. However, many identity and travel documents as well as photos of other foreign national minor females were found in Morris' residence.

9. It is well established, and I know through my training and experience and that of other agents to whom I've spoken, that subjects involved in this type of criminal activity, namely the sexual molestation of children, often maintain as "trophies" items taken from their victims. Additionally, through my investigation of this particular case, I am certain that Morris is a sexual molester of children and does in fact keep "trophies" of his victims in the form of photographs, videos, identification documents and travel documents, as has been discovered and verified through the items located during previous searches in this case.

10. That based on the above facts and circumstances, as well as my knowledge of the behavior of subjects involved in this type of criminal activity, I believe probable cause exists to believe that evidence relating to the foreign travel of Morris to sexually molest minors, including but not limited to, photographs and/or videotapes of other child victims as well as T. P., hand written notes/documents, books, official documents including U.S. and foreign issued passports, travel documents, and other indicia of the criminal activity, are secreted at the location for which this application is made.

Kimberly M. Yen, Affiant
Special Agent, BICE

Sworn to before me and subscribed
in my presence this the 21st day
of June, 2006.

VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE